UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADU PASOVSCHI,<br><br>PLAINTIFF,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:  1:13-cv-11396<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without fees or costs.

Respectfully submitted,

RADU PASOVSCHI,

By his attorney,

/s/ Timothy Hughes
Timothy Hughes (BBO #548708)
Attorney at Law
6 Old County Road
Suite 9
Sudbury, MA  01776
Phone 978.443.4460
hugheslaw1@verizon.net

Respectfully submitted,

HEWLETT-PACKARD COMPANY,

By its attorney,

/s/ F. Arthur Jones II
Michael Mankes (BBO #662127)
F. Arthur Jones II (BBO #680612)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
mmankes@littler.com
ajones@littler.com

Dated:  July 15, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2014, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

/s/ F. Arthur Jones II
F. Arthur Jones II